IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HELEN MORRIS ROJAS                                        PLAINTIFF

               v.                         Civil No. 05-6064

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## **JUDGMENT**

Comes now the Court on this 7th day of August, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                                                 /s/ Bobby E. Shepherd
                                                                  HONORABLE BOBBY E. SHEPHERD
                                                                  UNITED STATES MAGISTRATE JUDGE