IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HELEN MORRIS ROJAS                                                PLAINTIFF

v.                          Civil No. 05-6064

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT

## ORDER SETTING ASIDE MEMORANDUM OPINION

It has, on this date, been called to the court's attention that the memorandum opinion (Doc. #10) entered in this matter on August 7, 2006, through oversight, contains clerical errors, in that an incorrect draft of the memorandum opinion was electronically filed.

Accordingly, pursuant to the provisions of *Rule 60(a), Federal Rules of Civil Procedure,* the memorandum opinion (Doc. #10) should be and is hereby set aside. The court will forthwith enter an amended and substituted memorandum opinion in this case.

IT IS SO ORDERED this the 17th day of August 2006.

                                                       /s/ Bobby E. Shepherd
                                                       HON. BOBBY E. SHEPHERD
                                                       UNITED STATES MAGISTRATE JUDGE